IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | : | CRIMINAL ACTION |
| of AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| MIGUEL BELL | : | No. 09-672 |

## O R D E R

**AND NOW**, this 13th day of June, 2011, upon consideration of the First Motion to Suppress Physical Evidence filed by Defendant Miguel Bell (Docket No. 127), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE