IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES of AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MIGUEL BELL | : | No. 09-672 |

### ORDER

AND NOW, this 11th day of July, 2011, upon consideration of Defendant Miguel Bell's Motion for Acquittal pursuant to Fed. R. Crim. P. 29, and the Government's Motion to Amend / Correct the Indictment (Docket No. 145), it is hereby **ORDERED** that the Court's June 24, 2011 rulings on these Motions are **RATIFIED**, and that it is therefore the case that:

(1) Mr. Bell's Motion for Acquittal was and is **DENIED**; and

(2) The Government's Motion to Amend / Correct the Indictment was and is **GRANTED**, and the mistaken reference to the "Federal Deposit Corporation" in Count I shall be corrected to refer to the "Federal Deposit Insurance Corporation."

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE