IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION No. 13-5809 |
| | : | |
| v. | : | CRIMINAL ACTION NO. 09-672 |
| | : | |
| MIGUEL BELL, | : | |
| | : | |

## ORDER

**AND NOW**, this 5th day of July, 2016, upon consideration of Mr. Bell's *pro se* motions to vacate/set aside/correct his sentence under 28 U.S.C. § 2255 (Doc. Nos. 276 & 261), the Government's Responses in Opposition to Mr. Bell's motion (Doc. Nos. 278 & 272), and for the reasons discussed in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Mr. Bell's motions vacate his sentence under § 2255 (Doc. Nos. 276 & 261) are **DENIED**;

2. An evidentiary hearing on the motion is not warranted;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge

1