# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| MIGUEL BELL | : | No. 09-672-1 |

## ORDER

**AND NOW**, this 6th day of May, 2021, upon consideration of Miguel Bell's Motion for Compassionate Release (Doc. No. 322), the Government's Response in Opposition (Doc. No. 326), and Mr. Bell's Supplemental Motion for Compassionate Release (Doc. No. 329), it is **ORDERED** that Mr. Bell's Motions (Doc. Nos. 322 & 329) are **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1